**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**THOMAS KWASNIEWSKI,,**

    Plaintiff,

v.                                                Case No.: **3:05-cv-270-J-16MCR**

**JO ANNE B. BARNHART, Commissioner of**
**the Social Security Administration,**

    Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

This cause is before the Court on the Report and Recommendation of the Magistrate Judge filed June 30, 2006 (Doc. #30). No objections have been filed.

After conducting an *independent* review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED:**

That the Commissioner's decision is hereby **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this __26th__ day of July, 2006.

Copies to:
    All counsel of record

JOHN H. MOORE II
United States District Judge